## Commonwealth *v.* Lee, Appellant.

Submitted September 17, 1974. *Jonathan Miller* and *John W. Packel,* Assistant

Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Jonathan D. Schiffman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded with instructions to appoint counsel to represent the appellant in a post-conviction proceeding at which appellant's eligibility for an evidentiary hearing and/or other relief may be determined. *Commonwealth v. Williams,* 437 Pa. 526, 263 A.2d 127 (1970).